IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES L. SANDERS,

    Plaintiff,

vs.

RANDY J. DAVIS, D. OLMSTED, OFFICER LAWRENCE, and OFFICER ARVI,

    Defendants.

Case No. 11-cv-249-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Randy J. Davis, D. Olmsted, Officer Lawrence and Officer Arvi, and against Plaintiff James L. Sanders,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:**    June 12, 2013    **NANCY J. ROSENSTENGEL, Clerk of Court**

    By: s/Brenda K. Lowe, Deputy Clerk

**Approved:**    <u>s/ J. Phil Gilbert</u>
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**